UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FIRST BANK & TRUST,

              Plaintiff,

    v.

COMPLETE COMMUNICATIONS, INC., et al.,

              Defendants.

No. 19-01325-RSM

ORDER TO SHOW CAUSE

This matter comes before the Court on First Bank & Trust d/b/a FirstLine Funding Group's ("First Bank")'s Motion for Summary Judgment. Dkt. #33. Attached to that Motion is a proposed order for the Court to order Defendants to show cause why their answer should not be stricken and default entered for failing to be represented by local counsel (or any counsel, for that matter) and failing to participate in the Joint Status Report. *See* Dkt. #33-1, *see also* Dkt. #31 (Status Report filed only by Plaintiff); Dkt. #33 (setting forth argument).

The Court, having considered the motion, the proposed order, and the remainder of the record, hereby ORDERS Defendants Complete Communications, Inc., James Conner, and Sarah Conner to SHOW CAUSE why the Court should not enter default or grant the pending summary judgment Motion. Defendants shall file a response no later than **thirty (30) days** from the date of this Order. The Court DIRECTS Plaintiff to serve this Order on Defendants.

DATED this 2nd day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 1